IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00317-ZLW

DANIEL L. SCHAAL,

    Plaintiff,

v.

EL PASO COUNTY SHERIFFS C.J.C.,

    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Daniel L. Schaal has filed *pro se* on May 8, 2007, a "Motion Asking the Court to Set Aside Default Judgment." Mr. Schaal asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on April 19, 2007, and to grant him an additional ninety days to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Court must construe the motion liberally because Mr. Schaal is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Schaal's motion to reconsider in this action, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Schaal failed to file an amended complaint that complied with the pleading requirements of Rule 8. Mr. Schaal was advised that his original complaint did not comply with Rule 8 and he was ordered to file an amended complaint. The Court ultimately determined that Mr. Schaal's amended complaint still failed to comply with Rule 8. Mr. Schaal does not challenge the Court's determination that his amended complaint did not comply with Rule 8.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Schaal fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. The Court will not reopen this action to allow Mr. Schaal another opportunity to comply with Rule 8. Therefore, the motion to reconsider will be denied. Mr. Schaal is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the "Motion Asking the Court to Set Aside Default Judgment" filed on May 8, 2007, is denied.

DATED at Denver, Colorado, this __16__ day of ____May____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00317-BNB

Daniel L. Schaal
Prisoner No. 00109485
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-17-07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk